UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

-vs-                                          Case No. 23-CR-20489
                                          Hon. Bernard A. Friedman

D- 7  MAKALEA OURSO,

   Defendant.
_____/

## ORDER TO MODIFY BOND CONDITIONS

Defendant's Motion to Modify Bond Conditions [ECF No. 62] is hereby GRANTED; therefore,

IT IS HEREBY ORDERED that, for the reasons set forth in her Motion, Defendant Makalea Ourso may leave the State of Michigan and travel to the Northern District of Ohio without first having to seek permission from Pretrial Services.

All other conditions of the Bond Order [ECF No. 54] shall remain in full force and effect.

   **SO ORDERED.**

                                                     s/Bernard A. Friedman
Dated: November 27, 2023              Bernard A. Friedman
    Detroit, Michigan                   Senior United States District Judge